orari to the Supreme Court of Delaware denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. James R. Morford* for petitioner. *Messrs. Fred A. Ontjes* and *Wm. C. Green* for respondent.

No. 286. MAHOGANY ASSOCIATION, INC., ET AL. *v.* BLACK & YATES, INC., ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William P. McCool* and *Arthur G. Logan* for petitioners. *Messrs. Harry D. Nims, Hugh M. Morris, Minturn de S. Verdi,* and *Wallace H. Martin* for respondents.

No. 365. KRUSE, ADMINISTRATRIX, ET AL. *v.* NEW ENGLAND FISH CO. OF OREGON ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. William P. Lord* and *Ben Anderson* for petitioners. *Mr. E. G. Dobrin* for respondents.

No. 370. DILL MANUFACTURING Co. *v.* GOFF ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Arthur J. Hudson* and *W. E. Williams* for petitioner. *Mr. Albert L. Ely* for respondents.

No. 386. BORUP ET AL. *v.* THE ULYSSES ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lyman Stansky* for petitioners. *Mr. Joseph K. Inness* for respondents.